# UNITED STATES DISTRICT COURT
for the

EASTERN_District of _CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GARY BROWN ) | Case No: 1:06CR00047-001 |
| ) | USM No: 62749-097 |
| Date of Previous Judgment: 2/28/2007 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  120  months **is reduced to**  105 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  27            Amended Offense Level:  25
Criminal History Category:  VI         Criminal History Category:  VI
Previous Guideline Range:  130  to  162  months    Amended Guideline Range:  110  to  137  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
x  Other (explain):   Court originally sentenced below the range and the Court went down a similar percentage with the amended sentence.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  2/28/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  5/23/2008                    /s/ OLIVER W. WANGER
                                           Judge's signature

Effective Date: _____            Oliver W. Wanger, U. S. District Judge
 (if different from order date)            Printed name and title