```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GARY BROWN
 6
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 06-47 LJO |
| Plaintiff, | ***CORRECTED* STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| GARY BROWN, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |
| | Judge: Hon. Lawrence J. O'Neill |

   Defendant, GARY BROWN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY A. SANCHEZ, hereby stipulate as follows:

   1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   2.   The sentencing range applicable to Mr. Brown was subsequently lowered by the United States Sentencing Commission in Amendment 750;

   3.   Accordingly, Mr. Brown's adjusted offense level has been

1 reduced from 25 to 23, and a sentence at the low end of the new
2 guideline range would be 92 months;
3     4.   Mr. Brown merits a reduction in his sentence based on the
4 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
5 public safety and Mr. Brown's positive post-sentencing conduct;
6     5.   Accordingly, the parties request the court enter the order
7 lodged herewith reducing Mr. Brown's term of imprisonment to an
8 aggregate term of 92 months.
9 Dated:  November 10, 2011
10 Respectfully submitted,
11 BENJAMIN WAGNER                         DANIEL J. BRODERICK
   United States Attorney                  Federal Defender
12
13
     /s/ *Kimberly A. Sanchez*                 /s/ *David M. Porter*
14 KIMBERLY A. SANCHEZ                     DAVID M. PORTER
   Assistant U.S. Attorney                 Assistant Federal Defender
15
   Attorney for Plaintiff                  Attorney for Movant
16 UNITED STATES OF AMERICA                GARY BROWN

17                               **ORDER**
18     This matter came before the Court on the stipulated motion of the
19 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
20     On August 23, 2005, this Court sentenced Mr. Brown to a term of
21 imprisonment of 120 months.  On May 23, 2008, the Court resentenced Mr.
22 Brown to a term of imprisonment of 105 months.  The parties agree, and
23 the Court finds, that Mr. Brown is entitled to the benefit of the
24 retroactive amendment reducing crack cocaine penalties, which reduces
25 the applicable offense level from 25 to 23.
26     IT IS HEREBY ORDERED that the term of imprisonment is reduced to a
27 term of 92 months;
28     IT IS FURTHER ORDERED that all other terms and provisions of the

*CORRECTED* STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-2-

1  original judgment remain in effect.
2       Unless otherwise ordered, Mr. Brown shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours after his release.
5   IT IS SO ORDERED.
6  **Dated:    November 14, 2011**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

*CORRECTED* STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-