AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:06-cr-00047-LJO   Document 58   Filed 11/15/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

Gary Brown

Case No: 1:06-cr-00047 LJO
USM No: 62749-097

Date of Original Judgment: February 28, 2007
Date of Previous Amended Judgment: May 23, 2008
*(Use Date of Last Amended Judgment if Any)*

David M. Porter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  105  months **is reduced to**  92 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  February 28, 2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 15, 2011

/s/ LAWRENCE J. O'NEILL
*Judge's signature*

Effective Date:
*(if different from order date)*

Lawrence J. O'Neill, United States District Judge
*Printed name and title*